No. 889. WILLIAM A. HIGGINS AND EDWARD S. HIG-GINS, COPARTNERS DOING BUSINESS UNDER THE FIRM NAME OF WILLIAM A. HIGGINS AND COMPANY *v.* CALIFOR-NIA PRUNE AND APRICOT GROWERS, INC. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. March 7, 1927. Dismissed with costs per stipulation of counsel. *Mr. Francis E. Neagle* and *Annette Abbott Adams* for petitioners.

No. 201. FLORENCE L. CLAY, NORA WEBB, WM. CHANDLER, ET AL. *v.* CITY OF EUSTIS. Appeal from the District Court of the United States for the Southern District of Florida. March 8, 1927. Dismissed with costs on motion of *Mr. John E. Laskey* in behalf of *Messrs. James L. Fort* and *J. R. Bedgood* for appellants. *Mr. Alexander Akerman* for appellee.

No. 219. GEORGE LEE MILLER ET AL. *v.* BOARD OF PUBLIC WORKS OF THE CITY OF LOS ANGELES ET AL. Error to the Supreme Court of the State of California. March 10, 1927. Dismissed with costs pursuant to the 19th rule. *Mr. William W. Bearman* for plaintiffs in error. *Messrs. Jess E. Stephens* and *Lucius P. Green* for defendants in error.

No. 259. TOXAWAY MILLS *v.* UNITED STATES. Certiorari to the Court of Claims. March 14, 1927. Judgment reversed on confession of error and mandate granted on motion of *Solicitor General Mitchell* for the United States. *Messrs. James Craig Peacock* and *John W. Townsend* for petitioner.